C. W. GREEN V. THE STATE.

No. 22269. Delivered November 4, 1942.
Rehearing Denied January 13, 1943.

The opinion states the case.

_Mel Janes, of Lubbock, for appellant.

Spurgeon E. Bell, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged with possessing intoxicating liquor for the purpose of sale in Scurry County, a dry area. Upon a plea of guilty before the court appellant's punishment was assessed at a fine of $200.00.

No bills of exception or statement of facts appear in the record. Nothing is presented for review.

The judgment is affirmed.

ON MOTION FOR REHEARING.

HAWKINS, Presiding Judge.

The record in this cause is the same as in No. 22,263 against the same appellant, save that in the present record the precise date of the judgment on appellant's plea of guilty is not shown. The case was tried at the March term, 1942, of the county court, and the delays in perfecting the record are the same as in No. 22,263. (Page 249 of this volume).

The motion for rehearing is overruled.